UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**Request for Change of Address**

Case Name: Angela Marie Farmer

Case No.: 23-57248  Chapter 13

**Change of Address for:**

Debtor _x_  Creditor ___  Attorney for Debtor ___  Attorney for Creditor___

**Change for:**

Notices ONLY ___  Payments ONLY ___  Notices and Payments _x_

EFFECTIVE DATE OF CHANGE: 9/3/2025

Name: Angela M. Farmer

Prior Address:

424 High Creek Trace
Roswell, GA 30076

*************************************************************************

New Address:

4054 Elm Street
Atlanta, GA 30341

Dated: 9/3/2025                              _____/s/_

Seth A. Evans
Attorney for Debtor(s)
King & King Law LLC
GA Bar No. 966458
215 Pryor Street
Atlanta GA 30308
notices@kingkingllc.com